# NO. 12-20-00214-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **RUSK NURSING HOME & REHAB CENTER, LLC, APPELLANT** | § | **APPEAL FROM THE 2ND** |
| **V.** | § | **JUDICIAL DISTRICT COURT** |
| **JUDY PHILYAW, APPELLEE** | § | **CHEROKEE COUNTY, TEXAS** |

## MEMORANDUM OPINION
### PER CURIAM

Appellant, Rusk Nursing Home & Rehab Center, L.L.C., filed an unopposed motion to dismiss this appeal. The motion states that the parties settled the underlying litigation and Appellee agreed to nonsuit her claims against Appellant with prejudice. Accordingly, Appellant states that it no longer wishes to pursue the appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered March 18, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 18, 2021**

**NO. 12-20-00214-CV**

**RUSK NURSING HOME & REHAB CENTER, LLC,**
Appellant
V.
**JUDY PHILYAW,**
Appellee

Appeal from the 2nd District Court

of Cherokee County, Texas (Tr.Ct.No. 2020010018)

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*